# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARITZA ROMANO,

    Plaintiff,

vs.                                    CASE NO. 6:07-CV-34-ORL-19JGG

ELITE C.M.E., INC., TODD MOWL,

    Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 8, filed March 7, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 8) is **ADOPTED and AFFIRMED.** The Motion to Approve Settlement (Doc. No. 7, filed March 6, 2007) is **GRANTED**, and the settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___4th___ day of April, 2007.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record